NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7033

PAUL T. CHALSTROM,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-713, Judge Bruce E. Kasold.

ON MOTION

Before MOORE, Circuit Judge.

## ORDER

Paul T. Chalstrom moves for an extension of time to file his brief and for the court to remand this case to the United States Court of Appeals for Veterans Claims.

Chalstrom does not provide adequate reasons supporting his request to remand. Chalstrom states that, rather than pursuing his appeal in this court, he would prefer to ask the Court of Appeals for Veterans Claims to reconsider its decision. We determine that if Chalstrom chooses to pursue the appeal to this court, the better course is for Chalstrom to present any arguments concerning remand in his brief. If he does not wish to pursue this appeal, he may file a motion to dismiss his appeal.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The motion to remand is denied without prejudice to Chalstrom making arguments in his brief concerning remand.

FOR THE COURT

FEB 2 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Paul T. Chalstrom (informal brief form enclosed)
Courtney E. Sheehan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK

2010-7033                                    - 2 -